# EXHIBIT A

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** Bronx
-----------------------------------------------------------------x
STEPHANIE HAMMONDS

                      Plaintiff/Petitioner,

    - against -                            Index No. 32374/2020E

BURLINGTON COAT FACTORY WAREHOU
                      Defendant/Respondent.
-----------------------------------------------------------------x

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys
(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 10/22/2020

MICHAEL D. RIBOWSKY
Name

LAW OFFICES OF MICHAEL D. RIB
Firm Name

109-12 Jamaica Avenue
Address

Richmond Hill, New York 11418

(718) 659-5333
Phone

michael@ribowsky.com
E-Mail

To: BURLINGTON COAT FACTORY

WAREHOUSE CORPORATION

6/6/18

Index #          Page 2 of 2          EFM-1

| | |
|---|---|
| SUPREME COURT OF THE STATE OF NEW YORK<br>COUNTY OF BRONX<br>------------------------------------------------------------------X<br>STEPHANIE HAMMONDS<br><br>                                        Plaintiff,<br><br>                -against-<br><br>BURLINGTON COAT FACTORY WAREHOUSE<br>CORPORATION<br><br>                                        Defendant.<br><br>------------------------------------------------------------------X | Index No.: 32374/2020E<br>Date Purchased: 10/22/2020<br>**SUMMONS**<br><br>Plaintiff designates Bronx<br>County as the place of trial.<br><br>The basis of venue is:<br>Place of Occurrence<br><br>Plaintiff resides at:<br>215 Union Avenue<br>APT 1B<br>Mt. Vernon, NY 10550<br>County of Westchester |

**To the above named Defendant:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:        Richmond Hill, New York
              October 21, 2020

                                        _____
                                        MICHAEL D. RIBOWSKY
                                        Attorneys for Plaintiff(s)
                                        STEPHANIE HAMMONDS
                                        109-12 Jamaica Avenue
                                        Richmond Hill, New York 11418
                                        (718) 659-5333

TO:

BURLINGTON COAT FACTORY WAREHOUSE CORPORATION
350 Baychester Avenue
Bronx, NY 10475

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X

STEPHANIE HAMMONDS

Index No.: 32374/2020E
Date Purchased:10/22/2020

Plaintiff,

**COMPLAINT**

-against-

BURLINGTON COAT FACTORY WAREHOUSE
CORPORATION

Defendant.
------------------------------------------------------------------------X

Plaintiff, by her attorneys, **MICHAEL D. RIBOWSKY**, complaining of the Defendant, respectfully alleges, upon information and belief:

1. That at all times hereinafter mentioned, the Defendant **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION** was and still is a foreign corporation duly authorized to do business in the State of New York.

2. That this action falls within one or more of the exemptions set forth in CPLR §1602.

3. That on December 13, 2019, and at all times herein mentioned, Defendant **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION** owned, managed and maintained the premises located at Burlington Coat Factory 350 Baychester Avenue, County of Bronx, City and State of New York.

4. On December 13, 2019 Plaintiff **STEPHANIE HAMMONDS** was lawfully on the aforesaid premises.

5. That on December 13, 2019, Plaintiff **STEPHANIE HAMMONDS** was a lawful pedestrian at the above-mentioned location.

6. That on December 13, 2019, while Plaintiff was lawfully at the aforesaid location, Plaintiff was caused to trip and fall and sustain severe and permanent injuries.

7. The above mentioned occurrence, and the results thereof, were caused by the negligence of the Defendant and/or said Defendant's agents, servants, employees and/or licensees in the ownership, operation, management, maintenance and control of the aforesaid premises.

8. That, upon information and belief, Defendant had written, actual, and/or constructive notice of this defective condition. Additionally, Defendant and/or said Defendant's agents, servants, contractees, employees and/or licensees created the condition.

9. That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

10. That because of the above stated premises, Plaintiff **STEPHANIE HAMMONDS** was caused to sustain serious injuries and to have suffered pain, shock and mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries Plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

11. That by reason of the foregoing, the Plaintiff has been damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff(s) demand(s) judgment against the Defendant herein on all causes of action, in an amount exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: Richmond Hill, New York
October 21, 2020

_____
MICHAEL D. RIBOWSKY
Attorneys for Plaintiff(s)
STEPHANIE HAMMONDS
109-12 Jamaica Avenue
Richmond Hill, New York 11418
(718) 659-5333

========= NOTICE OF ENTRY =========

Sir:-Please take note that the within is a *(certified)* true copy of SUMMONS AND COMPLAINT
duly entered in the office of the clerk of the within named court on

Dated: 10/22/2020

        Yours, etc.,
        LAW OFFICES OF
        MICHAEL D. RIBOWSKY
        *Attorneys for Plaintiff(s)*
        *Office and Post Office Address*
        109-12 Jamaica Avenue
        Richmond Hill, New York 11418

To

Attorney(s) for

========= NOTICE OF SETTLEMENT =========

Sir:-Please take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at

on

at        M.        19

Dated: 10/22/2020

        Yours, etc.
        LAW OFFICES OF
        MICHAEL D. RIBOWSKY
        *Attorneys for Plaintiff(s)*
        *Office and Post Office Address*
        109-12 Jamaica Avenue
        Richmond Hill, New York 11418

TO

Attorney(s) for

---

Index No. 32374/2020E        Year 2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Bronx

STEPHANIE HAMMONDS

Plaintiff,

-against-

BURLINGTON COAT FACTORY WAREHOUSE CORPORATION

Defendant.

---

SUMMONS AND COMPLAINT

---

LAW OFFICES OF
MICHAEL D. RIBOWSKY
*Attorneys for Plaintiff(s)*
*Office and Post Office Address, Telephone*
109-12 Jamaica Avenue
Richmond Hill, New York 11418
(718) 659-5333
Fax: (718) 835-2498

---

To
Attorney(s) for

---

Service of a copy of the within

                is hereby admitted.

Dated: 10/22/2020

---

Attorney(s) for