```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STEPHANIE HAMMONDS,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :            21-CV-8349 (VSB)
               -against-                                    :
                                                            :               ORDER
BURLINGTON COAT FACTORY                                     :
WAREHOUSE CORP.,                                            :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On December 3, 2021, the parties to this action filed a proposed case management plan in which they indicated their consent to conduct all further proceedings before a United States Magistrate Judge.  (Doc. 8-1.)  In light of this, on December 7, 2021, I directed the parties to file the appropriate form indicating their consent.  (Doc. 9.)  The parties have yet to do so.  Accordingly, it is hereby

ORDERED that by January 28, 2022, the parties must file the consent form indicated in my prior order, (*id.*), or, if they indicated their consent in error, they must file a joint letter stating such and a new proposed case management plan.

SO ORDERED.

Dated:   January 20, 2022
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge