```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Hammonds,

                 Plaintiff,

-against-

Burlington Coat Factory Warehouse Corporation,

                 Defendant.

1:21-cv-08349 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action is closed. (*See* 7/19/2023 Order, ECF No. 26.) It is hereby Ordered that, no later than Tuesday, October 10, 2023, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to be referred to mediation and/or if either side intends to file a dispositive motion. If not, the joint letter shall set forth proposed trial dates and a proposed schedule for the parties to file a Joint Pretrial Order and other pre-trial submissions required by Section IV of Judge Aaron's Individual Practices.

SO ORDERED.

Dated:    New York, New York
            October 3, 2023

_____
STEWART D. AARON
United States Magistrate Judge