USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Hammonds,

                Plaintiff,

    -against-

Burlington Coat Factory Warehouse Corporation,

                Defendant.

1:21-cv-08349 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. The parties shall file a Joint Pretrial Order in accordance with Section IV(B) of the Court's Individual Practices no later than April 19, 2024.

2. The parties shall file the additional pre-trial submissions required by Section IV(C) of the Court's Individual Practices no later than May 6, 2024.

3. The Court will hold a final pre-trial conference on Wednesday, May 15, 2024 at 2:00 p.m. The conference will be conducted via Microsoft Teams (audio only): dial-in: +1 646-453-4442; Phone Conference ID: 803 759 422#.

4. The jury trial in this action shall commence on Tuesday, May 21, 2024 at 9:30 a.m. in Courtroom 11C. The parties shall comply with Section IV(D) of the Court's Individual Practices regarding exhibits for trial.

**SO ORDERED.**

Dated:   New York, New York
         January 24, 2024

_____
STEWART D. AARON
United States Magistrate Judge