```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Hammonds,

                Plaintiff,

-against-

Burlington Coat Factory Warehouse Corporation,

                Defendant.

1:21-cv-08349 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the three consecutive letters filed yesterday by the parties regarding Plaintiff's motion to preclude the supplemental report of Defendant's expert, Dr. Katzman. (*See* Pl.'s Letter Motion, ECF No. 51; Def.'s Response, ECF No. 52; Pl.'s Reply, ECF No. 53.) The Court will not decide this issue on the current record and, instead, requires Plaintiff to file a formal motion to preclude. Any such motion shall be filed no later than February 6, 2024. Defendant's opposition, which shall be filed no later than February 13, 2024, shall address the precise timing that it received the radiology films upon which the supplemental report is based and shall include a redline showing the changes in Dr. Katzman's supplemental report. Plaintiff shall file any reply no later than February 16, 2024.

SO ORDERED.

Dated:      New York, New York
             January 30, 2024

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge