```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephanie Hammonds,

                Plaintiff,

-against-

Burlington Coat Factory Warehouse Corporation,

                Defendant.

1:21-cv-08349 (SDA)

ORDER OF DISMISSAL

**STEWART D. AARON, United States Magistrate Judge:**

It having been reported to the Court that this case has been settled (*see* 2/16/24 Letter, ECF No. 60), it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:    New York, New York
           February 20, 2024

_____
STEWART D. AARON
United States Magistrate Judge